# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00401-CR

**Johnny Flores Navarro, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT
NO. A-13-0417-SA, HONORABLE BARBARA L. WALTHER, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The trial court found appellant Johnny Flores Navarro guilty of assault on a family/household member impeding breath/circulation. After finding that appellant had previous convictions, the trial court assessed sentence at thirty years in prison. Appellant's court-appointed attorney has filed a brief concluding that this appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant received a copy of counsel's brief and was advised of his right to examine the appellate record and to file a pro se brief. Appellant has filed a brief and a supplemental brief.

We have reviewed the record and the briefs and agree that the appeal is frivolous and without merit. We affirm the judgment of conviction and grant counsel's motion to withdraw as appellant's attorney.

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Affirmed

Filed: August 28, 2015

Do Not Publish

2